SARAH OLINER, Respondent, *v.* AMERICAN-ORIENTAL BANKING CORPORATION, Appellant.

Argued January 20, 1938; decided March 1, 1938.

*Jacob Krisel* for appellant.

*Harold H. Feigin, George M. Feigin* and *Harry Salvan* for respondent.

*Philip A. Carroll* and *Otey McClellan* for National City Bank of New York, *amicus curiæ.*

Order affirmed, with costs, and question certified answered in the affirmative. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.